# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

142076

IN THE MATTER OF

HONORABLE JAMES M. JUSTIN                    SC:    142076
12th DISTRICT COURT                          JTC Formal Complaint 87

BEFORE THE JUDICIAL TENURE COMMISSION

_____

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Pamela J. McCabe is appointed Master to hear Formal Complaint No. 87.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2010                    _____
                                              Clerk